UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ILLINOIS

In re:                                        )
                                              )
**NEWTON, JAMES R**                           )    Bankruptcy Case No. 15-04867 ABG
                                              )    Chapter 7
                                              )
Debtor(s).                                    )

## CERTIFICATE OF SERVICE

    The undersigned certifies that on October 7, 2016, I served by prepaid first class mail a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

    NEWTON, JAMES R
    36137 N GRAND OAKS COURT
    APT# 204
    GURNEE, IL 60031

    LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED
    900 Skokie Blvd
    Suite 128
    Northbrook, IL 60062

    LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED
    900 Skokie Blvd
    Suite 128
    Northbrook, IL 60062

    ILENE F. GOLDSTEIN
    900 Skokie Blvd
    Suite 128
    Northbrook, IL 60062

1    Discover Bank
    Discover Products Inc
    PO Box 3025
    New Albany, OH 43054-3025

| | |
|---|---|
| 2 | American InfoSource LP as agent for<br>TD Bank, USA<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 |
| 3 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 |
| 4 | Portfolio Recovery Associates, LLC<br>Successor to US Bank<br>POB 41067<br>Norfolk, VA 23541 |

/s/ ILENE F. GOLDSTEIN

Chapter 7 Trustee
ILENE F. GOLDSTEIN, Trustee
900 Skokie Blvd
Suite 128
Northbrook, IL 60062
Phone: (847) 562-9595
Fax: (847) 564-8402