## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: NEWTON, JAMES R                             § Case No. 15-04867
                                                   §
                                                   §
                                                   §
Debtor(s)                                          §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

   ILENE F. GOLDSTEIN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $156,960.00                    Assets Exempt: $36,500.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $5,576.48       Claims Discharged
                                                 Without Payment: $12,681.92

Total Expenses of Administration: $3,423.52

---

   3) Total gross receipts of $     9,000.00   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     0.00   (see **Exhibit 2**), yielded net receipts of $9,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,423.52 | 3,423.52 | 3,423.52 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 18,258.40 | 18,258.40 | 5,576.48 |
| **TOTAL DISBURSEMENTS** | $0.00 | $21,681.92 | $21,681.92 | $9,000.00 |

4) This case was originally filed under Chapter 7 on February 13, 2015. The case was pending for 23 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/15/2017          By: /s/ILENE F. GOLDSTEIN
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2013 Honda Accord, was involved in an automobile | 1129-000 | 9,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$9,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ILENE F. GOLDSTEIN | 2100-000 | N/A | 1,650.00 | 1,650.00 | 1,650.00 |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 3110-000 | N/A | 1,715.00 | 1,715.00 | 1,715.00 |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 3120-000 | N/A | 21.90 | 21.90 | 21.90 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 14.18 | 14.18 | 14.18 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | | | |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 12.44 | 12.44 | 12.44 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$3,423.52** | **$3,423.52** | **$3,423.52** |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | N/A | 8,070.58 | 8,070.58 | 2,464.92 |
| 2 | American InfoSource LP as agent for | 7100-000 | N/A | 1,534.55 | 1,534.55 | 468.68 |
| 3 | American Express Centurion Bank | 7100-000 | N/A | 6,424.26 | 6,424.26 | 1,962.10 |
| 4 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 2,229.01 | 2,229.01 | 680.78 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$0.00** | **$18,258.40** | **$18,258.40** | **$5,576.48** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-04867  
**Case Name:** NEWTON, JAMES R

**Period Ending:** 01/15/17

**Trustee:** (330290) ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 02/13/15 (f)  
**§341(a) Meeting Date:** 03/12/15  
**Claims Bar Date:** 04/13/16

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 53 Longmeadow Drive, Lindenhurst, IL 60046 (join Imported from original petition Doc# 1 | 125,000.00 | 0.00 | | 0.00 | FA |
| 2 | Savings account with TCF Bank Imported from original petition Doc# 1 | 10.00 | 0.00 | | 0.00 | FA |
| 3 | Checking account with TCF Imported from original petition Doc# 1 | 800.00 | 0.00 | | 0.00 | FA |
| 4 | Household Goods; tv, dvd player, couch, stereo/r Imported from original petition Doc# 1 | 1,000.00 | 500.00 | | 0.00 | FA |
| 5 | Books, CD's, DVD's, Tapes/Records, Family Pictur Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 6 | Necessary wearing apparel. Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 7 | Earrings, watch, costume jewelry Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 8 | Term Life Insurance - No Cash Surrender Value. Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 9 | Pension with current employer - 100% exempt. Imported from original petition Doc# 1 | 30,000.00 | 0.00 | | 0.00 | FA |
| 10 | 2013 Honda Accord, was involved in an automobile Imported from original petition Doc# 1 | 14,750.00 | 8,210.00 | | 9,000.00 | FA |
| 10 | Assets  Totals (Excluding unknown values) | **$171,710.00** | **$8,710.00** | | **$9,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

STATUS; THE DEBTOR IS MAKING AN OFFER TO BUY BACK THE EQUITY IN THE VEHICLE.

**Initial Projected Date Of Final Report (TFR):**    December 31, 2016            **Current Projected Date Of Final Report (TFR):**    December 31, 2016

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| **Case Number:** | 15-04867 | | **Trustee:** | ILENE F. GOLDSTEIN (330290) |
| **Case Name:** | NEWTON, JAMES R | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account:** | ******0166 - Checking Account |
| **Taxpayer ID #:** | **-***5271 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 01/15/17 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/05/16 | {10} | James R Newton | Sale of interest back to the Debor | 1129-000 | 9,000.00 | | 9,000.00 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 8,990.00 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.18 | 8,975.82 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.44 | 8,963.38 |
| 11/01/16 | 101 | ILENE F. GOLDSTEIN | Dividend paid 100.00% on $1,650.00, Trustee Compensation; Reference: | 2100-000 | | 1,650.00 | 7,313.38 |
| 11/01/16 | 102 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $21.90, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 21.90 | 7,291.48 |
| 11/01/16 | 103 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $1,715.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,715.00 | 5,576.48 |
| 11/01/16 | 104 | Discover Bank | Dividend paid 30.54% on $8,070.58; Claim# 1; Filed: $8,070.58; Reference: | 7100-000 | | 2,464.92 | 3,111.56 |
| 11/01/16 | 105 | American InfoSource LP as agent for | Dividend paid 30.54% on $1,534.55; Claim# 2; Filed: $1,534.55; Reference: | 7100-000 | | 468.68 | 2,642.88 |
| 11/01/16 | 106 | American Express Centurion Bank | Dividend paid 30.54% on $6,424.26; Claim# 3; Filed: $6,424.26; Reference: | 7100-000 | | 1,962.10 | 680.78 |
| 11/01/16 | 107 | Portfolio Recovery Associates, LLC | Dividend paid 30.54% on $2,229.01; Claim# 4; Filed: $2,229.01; Reference: | 7100-000 | | 680.78 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 9,000.00 | 9,000.00 | $0.00 |
| Less: Bank Transfers | | 0.00 | 0.00 | |
| **Subtotal** | | 9,000.00 | 9,000.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$9,000.00** | **$9,000.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******0166 | 9,000.00 | 9,000.00 | 0.00 |
| | $9,000.00 | $9,000.00 | $0.00 |

{} Asset reference(s)    Printed: 01/15/2017 02:49 PM    V.13.29